IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH STAFFORD, | 1:09-cv-02042 SMS (PC) |
| Plaintiff, | ORDER STRIKING COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO FILE SIGNED COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS |
| vs. | |
| JAMES HARTLEY, et al., | |
| Defendants. | ( Documents #1, 2) |
| _____/ | |

On November 20, 2009, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 and an application for leave to proceed in forma pauperis.  However, Plaintiff neglected to sign both filings.  The Court cannot consider unsigned filings, and they are HEREBY ORDERED STRICKEN from the record.  Fed. R. Civ. P. 11(a); Local Rule 7-131.

Within **thirty (30) days** from the date of service of this order, Plaintiff SHALL file a signed complaint and either pay the filing fee in full or file a signed application to proceed in forma pauperis.  The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   November 30, 2009             /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE